IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sun West Bank, | NO. C 09-80270 JW |
| Plaintiff, v. | **ORDER DENYING APPLICATION TO TRANSFER JUDGMENT** |
| Sam S. Stafford, Inc., et al., | |
| Defendants. | |

Presently before the Court is Plaintiff's Application to Transfer Nevada District Court Judgment to California Northern District Court. (hereafter, "Application," Docket Item No. 1.) Upon review of the Application, the Court finds that Plaintiff has failed to state the basis for its Application and the basis for the Court's jurisdiction and venue. (See Application at 1-2.)

Accordingly, the Court DENIES Plaintiff's Application without prejudice to Plaintiff refiling its Application in accordance with the terms of this Order.

Dated: October 30, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jason T. Yu
Klinedinst PC
777 S. Figueroa St., 47 Floor
Los Angeles, CA 90017

| | |
|---|---|
| **Dated:  October 30, 2009** | **Richard W. Wieking, Clerk** |
| | **By:**   /s/ JW Chambers<br>       **Elizabeth Garcia**<br>       **Courtroom Deputy** |