IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sun West Bank,<br><br>    Plaintiff,<br>  v.<br><br>Sam S. Stafford, Inc., et al.,<br><br>    Defendants. | NO. C 09-80270 MISC JW<br><br>**ORDER DENYING APPLICATION TO TRANSFER NEVADA STATE COURT JUDGMENT TO NORTHERN DISTRICT OF CALIFORNIA** |

Presently before the Court is Plaintiff's Applications to Transfer Nevada District Court Judgment against Sam S. Stafford, Inc. and Sam S. Stafford, an individual, to California Northern District Court. (hereafter, "Application," Docket Item No. 1.) The Court construes is Application as an attempt to register the Nevada state court judgments in the federal district court pursuant to 28 U.S.C. § 1963.

Section 1963 provides that "[a] judgment in an action for the recovery of money or property entered in any [federal] court" may be registered in another federal court "when the judgment has become final[,]" giving the registered judgment "the same effect as a judgment of the district court of the district where registered and may be enforced in like manner." 28 U.S.C. § 1963. Section 1963 does not provide for registration of judgments from state courts. See W.S. Frey Co., Inc. v. Precipitation Associates of America, Inc., 899 F. Supp. 1527, 1528-29 (W.D. Va. 1995); Atkinson v. Kestell, 954 F. Supp. 14, 15 n. 2 (D.D.C. 1997).

1    Here, Plaintiff is attempting to register a state court judgment in a federal district court.
2 Since state court judgments cannot be registered in the federal courts, the Court DENIES Plaintiff's
3 Application.

4    The Clerk shall close this file.

6 Dated: May 5, 2010

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Reina Grace Minoya, rminoya@klinedinstlaw.com

4 **Dated: May 5, 2010**                                **Richard W. Wieking, Clerk**

5                                                       **By:    /s/ JW Chambers           **
6                                                              **Elizabeth Garcia**
                                                               **Courtroom Deputy**